IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMARIT DHANOWA, | ) | No. C 09-1280 JSW (PR) |
| Petitioner, | ) | |
| | ) | **ORDER GRANTING EXTENSION OF** |
| vs. | ) | **TIME TO FILE TRAVERSE** |
| | ) | |
| JOHN MARSHALL, Warden, | ) | |
| Respondent. | ) | (Docket No. 7) |
| | ) | |
| _____ | ) | |

Petitioner, a prisoner of the State of California has filed a habeas corpus petition pursuant to 28 U.S.C. § 2254.  Respondent has filed an answer.  Petitioner has filed a motion seeking an extension of time to file a traverse to Respondent's answer to the petition (docket no. 7) and, later, a traverse (docket no. 9).   Good cause appearing, the request for an extension of time is GRANTED (docket no. 7) and the traverse is deemed timely filed.  The petition is now submitted for consideration on the merits.

IT IS SO ORDERED.

DATED:  September 3, 2010

_____
JEFFREY S. WHITE
United States District Judge

1

UNITED STATES DISTRICT COURT

2

FOR THE

3

NORTHERN DISTRICT OF CALIFORNIA

4

5

6

AMARJIT DHANOWA,                         Case Number: CV09-01280 JSW

7

           Plaintiff,            **CERTIFICATE OF SERVICE**

8

  v.

9

JOHN MARSHALL et al,

10

           Defendant.
_____/

11

12

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13

14

That on September 3, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17

Amarjit Dhanowa
F10310

18

San Quentin State Prison
San Quentin, CA 94974

19

20

21

Dated: September 3, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

22

23

24

25

26

27

28